PER CURIAM.
 

 Affirmed.
 
 See Blosam Contractors, Inc. v. Republic Mortgage Investors,
 
 353 So.2d 1225 (Fla. 2d DCA 1977);
 
 Emerald Designs, Inc. v. Citibank F.S.B.,
 
 626 So.2d 1084 (Fla. 4th DCA 1993);
 
 Morgen-Oswood &
 
 Assocs.,
 
 Inc. of Fla. v. Cont’l Mortgage Investors,
 
 323 So.2d 684 (Fla. 4th DCA 1975).
 

 WHATLEY, SILBERMAN, and CRENSHAW, JJ., Concur.